## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) DANNY YELTON, as Special Administrator of the Estate of LESLEY SARA HENDRIX, a/k/a LESLEY SARA YELTON, deceased,<br><br>        Plaintiff,<br><br>v.<br><br>(1) BOARD OF COUNTY COMMISSIONERS OF CANADIAN COUNTY;<br>(2) TURN KEY HEALTH CLINICS, LLC;<br>(3) SHERIFF CHRIS WEST;<br>(4) CANADIAN COUNTY SHERIFF'S OFFICE;<br>(5) KRISTIE CARTER;<br>(6) DOES I through X,<br><br>        Defendants. | Case No.: CIV-21-1001-G |

## CORPORATE DISCLOSURE STATEMENT BY
## DEFENDANT TURN KEY HEALTH CLINICS, LLC

Pursuant to the requirements of Fed. R. Civ. P. 7.1(b)(2) and LCvR7.1.1, Turn Key Health Clinics, LLC, a named Defendant in the above-styled cause, makes the following disclosure statement reflecting changes in previously disclosed information:

1.    Turn Key Health Clinics, LLC is not a publicly held corporation or other publicly held entity.

2.  TK Health Holdings, LLC (a Delaware limited liability company) and TCSCFI TK, LLC (a Delaware limited liability company) are the parent corporations of Turn Key Health Clinics, LLC.

3.  TK Health Holdings, LLC and TCSCFI TK, LLC are not publicly held corporations.

4.  No publicly held corporation or other publicly held entity owns 10% or more of Turn Key Health Clinics, LLC.

5.  No publicly held corporation or other publicly held entity has a direct financial interest in the outcome of this litigation.

6.  Turn Key Health Clinics, LLC has no subsidiaries.

7.  Turn Key Health Clinics, LLC is not a trade association.

Furthermore, pursuant to the requirements of LCvR 7.1.1, Defendant Turn Key Health Clinics, LLC hereby discloses that TK Health Holdings, LLC is currently the only member of Turn Key Health Clinics, LLC.

Dated this 20th day of October, 2021.

Respectfully submitted,

/s/ Naureen Hubbard
Kyle N. Sweet, OBA#17711
Naureen Hubbard, OBA#20604
SWEET LAW FIRM
24 West Park Place
Oklahoma City, Oklahoma 73103
(405) 601-9400 Office
(405) 601-9444 Facsimile
kyle@sweetlawfirm.com
naureen@sweetlawfirm.com

*Attorneys for Defendant,*
*Turn Key Health Clinics, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October 2021, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

/s/ Naureen Hubbard
Naureen Hubbard