IN THE UNINTED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) | DANNY YELTON, as Special Administrator of the Estate of LESLEY SARA HENDRIX, a/k/a LESLEY SARA YELTON deceased, | ) ) ) ) |
| | Plaintiff, | ) ) |
| | v. | ) ) ) |
| (1) | BOARD OF COUNTY COMMISIONERS OF CANADIAN COUNTY, | ) ) ) CASE NO.: CIV-21-1001-G |
| (2) | TURN KEY HEALTH CLINICS, LLC; et. al | ) ) ) |

PLAINTIFF'S *UNOPPOSED* MOTION FOR STATUS CONFERENCE

**COMES NOW** the Plaintiff, Danny Yelton, and respectfully moves this Court to set this matter for Status Conference on the earliest calendar date after September 8, 2025. Plaintiff's counsel has conferred with opposing counsel, and they have no objection.

Respectfully submitted

By: */s/ A. Laurie Koller*_____
A. Laurie Koller, OBA #16857
KOLLER TRIAL LAW, PLLC
2504 E. 21st St. Suite B
Tulsa, Oklahoma 74114
laurie@kollertriallaw.com
(918) 216-9596
(918) 248-8238 Fax

and

Eric Anthony Mareshie, OBA#18180
E. ANTHONY MARESHIE, PLLC

1

6528 East 101st Street  
Suite D-1, Box 279  
Tulsa, Oklahoma 74133-6700  
tulsalegal@gmail.com  
(918) 519-3771  
(918) 970-6927—Facsimile  
***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

     The undersigned certifies that on August  _21_ , 2025 that I electronically transmitted the attached document to the Clerk of the Court for the Western District of Oklahoma using the ECF filing system. The following was transmitted to the following ECF registrants:

Kyle N. Sweet  
Naureen Hubbard  
Stephen L. Geries

/s/ *Eric Anthony Mareshie*  
ERIC ANTHONY MARESHIE, OBA#18180